# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Arroyo,<br><br>PLAINTIFF(S)<br>v.<br>TP-Link USA Corporation, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br>CV 16-1044-PA (KKx)<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 04/04/2016 | 132 | APPLICATION to file document |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☒ Other

The document is sealed and stricken. Counsel are referred to the court's public website where they may obtain instruction from the Guide to E-filing Sealed Documents.
http://www.cacd.uscourts.gov/e-filing/sealed-documents

Clerk, U.S. District Court

Dated: 4/5/2016

By: K. Sali-Suleyman 213-894-8610
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge