JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOE ARROYO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK USA CORPORATION, a California corporation,<br><br>Defendant. | Case No. 2:16-cv-01044-PA-KKx<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties "Stipulation for Dismissal with Prejudice" and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the case is hereby dismissed in its entirety, with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: October 21, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

Case No. 2:16-cv-01044-PA-KKx
[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE